**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Western Division**

Patrick Kenneally

                        Plaintiff,

v.                                             Case No.: 3:23−cv−50039
                                                  Honorable Iain D. Johnston

Kwame Raoul, et al.

                        Defendant.

**WESTERN DIVISION ALTERNATIVE DISPUTE RESOLUTION**
**NOTIFICATION**

      The Western Division of the Northern District of Illinois has an Alternative Dispute Resolution (ADR) Program. Pursuant to the Local Rules on ADR for the Western Division, counsel are hereby notified that they will be required to certify a number of obligations when e−filing their proposed case management order. Counsel will need to certify that their clients have read the Pamphlet governing the courts mediation program, that counsel have discussed with their respective clients the available dispute resolution options provided by the Court and private entities, and that counsel have given an estimation of the fees and costs that would be associated with the litigation of this matter, through trial, to their clients. Counsel are required to provide to their clients an estimate of the fees and expenses reasonably expected to be incurred through an early successful mediation. Counsel will be required to certify that they have discussed the available ADR options with their clients and have considered how this case might benefit from those options. The failure to comply with these requirements will result in sanctions. See Fed. R. Civ. P. 16(c),(f). For questions on the ADR program, please email adr@ilnd.uscourts.gov.