IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PATRICK KENNEALLY, in his official capacity as McHENRY COUNTY STATE'S ATTORNEY and on behalf of the PEOPLE OF THE STATE OF ILLINOIS, and McHENRY COUNTY, body politic and corporate, <br><br>         Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Illinois Attorney General, and GOVERNOR J.B. PRITZKER, in his official capacity as Governor of the State of Illinois, <br><br>         Defendants. | No. 3:23-cv-50039 |

## NOTICE OF CERTIFICATION

I certify I have read the Court's standing order on removed cases and apologize to the Court for not having filed this certification within 7 business days of removal.

Dated: March 30, 2023                           Respectfully submitted,

                                                                                               /s/ Darren Kinkead
                                                                              Darren Kinkead, ARDC No. 6304847
                                                                              Office of the Attorney General
                                                                              100 West Randolph Street
                                                                              Chicago, IL 60601
                                                                              (773) 590-6967
                                                                              Darren.Kinkead@ilag.gov

1