Patrick Kenneally
                        Plaintiff,

v.                                                     Case No.: 3:23−cv−50039
                                                           Honorable Iain D. Johnston

Kwame Raoul, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 3, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 4/3/2023. The plaintiff's response on the position of jurisdiction standing shall be filed by 5/1/2023. The defendants' reply shall be filed by 5/16/2023. In lieu of additional briefing, if upon further reflection the parties are unopposed to remanding this case back to Circuit Court of the Twenty−Second Judicial Circuit, they may file a proposed agreed order of remand. Plaintiff's 4/14/2023 reply deadline to the motion for a preliminary injunction is stricken. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.