## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Patrick Kenneally
                        Plaintiff,

v.                                               Case No.: 3:23−cv−50039
                                                         Honorable Iain D. Johnston

Kwame Raoul, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 12, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the parties' supplemental filings [28] and [29], the plaintiff's request for a stay is granted. This case is stayed pending developments including any appeal in Bevis v. City of Naperville, 23−1353 (7th Cir.). The motions for a preliminary injunction [5] and for judgment on the pleadings [9] are stricken without prejudice. By 7/11/2024 the parties shall a joint written report on the status of any developments in Bevis. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.