IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PATRICK KENNEALLY, in his official capacity as McHENRY COUNTY STATE'S ATTORNEY and on behalf of the PEOPLE OF THE STATE OF ILLINOIS, and McHENRY COUNTY, body politic and corporate,<br><br>Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Illinois Attorney General, and GOVERNOR J.B. PRITZKER, in his official capacity as Governor of the State of Illinois,<br><br>Defendants. | No. 3:23-cv-50039 |

### DEFENDANTS' SUPPLEMENTAL REPORT

On July 11, the Court directed the parties to file a supplemental report on August 21 regarding the status of *Barnett v. Raoul*, No. 3:23-cv-00209-SPM (S.D. Ill.). ECF 32. The undersigned twice emailed a draft of this report to Plaintiffs' counsel for his review and permission to file jointly—first on August 19 and then again on August 20—but did not receive a substantive response. Thus, this report is filed only on behalf of Defendants.

Previously, on June 4, the *Barnett* court scheduled a bench trial for September 16 and set various pretrial deadlines. *Barnett* ECF 195. Fact discovery closed as scheduled on July 15, and expert discovery closed as scheduled on August 16. *Id.* It is anticipated the bench trial will also proceed as scheduled on September 16 and the *Barnett* court will set additional deadlines for proposed findings of fact, proposed findings of law, and post-trial briefing.

Defendants are available to discuss any questions or concerns the Court may have.

1

Dated: August 21, 2024						Respectfully submitted,

								 /s/ Darren Kinkead
								Darren Kinkead
								Office of the Attorney General
								115 South LaSalle Street
								Chicago, IL 60603
								(773) 590-6967
								Darren.Kinkead@ilag.gov