IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PATRICK KENNEALLY, in his official capacity as McHENRY COUNTY STATE'S ATTORNEY and on behalf of the PEOPLE OF THE STATE OF ILLINOIS, and McHENRY COUNTY, body politic and corporate, <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Illinois Attorney General, and GOVERNOR J.B. PRITZKER, in his official capacity as Governor of the State of Illinois, <br><br> Defendants. | No. 3:23-cv-50039 |

## PLAINTIFF'S SUPPLEMENTAL REPORT

Plaintiff's counsel was unable to open the attachments to the emails identified by Defendants' counsel in Defendants' supplemental report; however, Plaintiff does not disagree with the statements made by Defendants in their supplemental report.

August 22, 2024

                                                          Respectfully submitted,

                                                         /s/ Troy Owens
                                                           Troy Owens
                                                           Assistant State's Attorney

Patrick D. Kenneally
McHenry County State's Attorney
Troy Owens (6208293)
Assistant State's Attorney
2200 N. Seminary Avenue
Woodstock, IL 60098
Tel: (815) 334-4159
Fax: (815) 337-0872
tcowens@mchenrycountyil.gov