**IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL DISTRICT,
McHENRY COUNTY, ILLINOIS**

| | |
|---|---|
| PATRICK KENNEALLY, in his official capacity as McHENRY COUNTY STATE'S ATTORNEY and on behalf of the People OF THE STATE OF ILLINOIS, and McHENRY COUNTY, body politic and corporate,<br><br>Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Illinois Attorney General, and GOVERNOR J.B. PRITZKER, in his official capacity as Governor of the State of Illinois<br><br>Defendant. | Case No. 3:23-cv-50039 |

**PLAINTIFF'S RESPONSE TO THE COURT'S JANUARY 7, 2025 ORDER
(ECF NO. 42)**

Randi Freese, State's Attorney of McHenry County, through her Assistant State's Attorney, Troy C. Owens, responds to the Court's January 7, 2025 Order on behalf of the People of McHenry County, as follows:

1. The Court ordered Plaintiff to notify the Court as to whether Plaintiff intends to proceed with the instant action.

2. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby provides notice of Plaintiff's intention to voluntarily non-suit, without prejudice, the instant action, subject to the right to reinstate within one year.

3. Defendants have neither answered the complaint nor filed a motion for summary judgment.

Respectfully Submitted by:

*Troy C. Owens*
One of Plaintiff's Attorneys

Randi Freese
McHenry County State's Attorney
Troy C. Owens
Assistant State's Attorneys
McHenry County Government Center
2200 North Seminary Avenue
Woodstock, Illinois 60098
815-334-4159 (phone)
815-334-0872 (fax)
TCOwens@mchenrycountyil.gov

## CERTIFICATE OF SERVICE

The undersigned attorney, Troy C. Owens, on oath states Plaintiff's Response to the Court's January 7, 2025 Order was filed on January 14, 2025, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all e-filing counsels of record in this case.

By: /s/ Troy C. Owens
